[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 28, 2005
THOMAS  K. KAHN
CLERK

No. 04-15109
Non-Argument Calendar
_____

D.C. Docket No. 03-000627-CR-P-S

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL LAMONT CROCKETT,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

**(July 28, 2005)**

Before BLACK, BARKETT and PRYOR, Circuit Judges

PER CURIAM:

Donald E. Colee, Jr., appointed counsel for Michael L. Crockett in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crockett's convictions and sentences are **AFFIRMED**.